

1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                          )
9                      Plaintiff,         )
                                          )
10         v.                             )    2:10-CR-436-KJD-(GWF)
                                          )
11  MARC WRIGHT,                          )
    aka Anthony Jones,                    )
12                                        )
                       Defendant.         )
13  _____   )

14                        **FINAL ORDER OF FORFEITURE**

15         On April 10, 2014, the United States District Court for the District of Nevada entered a

16  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United

17  States Code, Section 1028(b)(5), (g), and (h), and Title 28, United States Code, Section 2461(c) based

18  upon the plea of guilty by defendant MARC WRIGHT aka Anthony Jones to the criminal offense,

19  forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal

20  Indictment and shown by the United States to have the requisite nexus to the offense to which

21  defendant MARC WRIGHT aka Anthony Jones pled guilty. Criminal Indictment, ECF No. 5; Change

22  of Plea, ECF No. 19; Plea Agreement, ECF No. 20; Preliminary Order of Forfeiture, ECF No. 22.

23         This Court finds the United States of America published the notice of forfeiture in accordance

24  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

25  from April 20, 2014, through May 19, 2014, notifying all potential third parties of their right to

26  petition the Court. Notice of Filing Proof of Publication, ECF No. 23.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 1028(b)(5), (g), and (h) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

Georgia Driver's License in the name of Frederick Alexander Law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 15 day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE